Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★



★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00899-CV

Aissatou **SIDIME-DAVID**,
Appellant

v.

Theodore A. **DAVID**, Jr.,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CI09187
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed: January 12, 2011

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM